| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SPIEGEL, S. A | 2. Court or Organization<br><br>United States district Court | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>United States Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>838 Potter Stewart U.S. Courth<br>100 E. Fifth Street<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any<br>  modifications pertaining thereto, it is, in my opinion, in compliance<br>  with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2008 MAY 19 P 1: 28 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. A | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AEI-Brookings Institute | March 7 - 9, 2007 | Orange County, CA | Judicial Symposium | Air Fare, Ground Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. A | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    See Attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | Amt Code (A-H) | Type (e.g. div., rent or int) | Value Code (J-P) | Value Method (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| | **Brokerage Account # 1** | | | | | | | | | |
| 2 | Anadarko Petroleum Corp (APC) | A | Div | K | T | | | | | |
| 3 | Exxon Mobil Corp (XOM) | C | Div | N | T | | | | | |
| 4 | Fifth Third Bancorp Ohio (FITB) | E | Div | N | T | | | | | |
| 5 | Marathon Oil Corp (MRO) | B | Div | L | T | | | | | |
| 6 | PNC Financial Services Group (PNC) | D | Div | M | T | | | | | |
| 7 | Piper Jaffray Companies Inc (PJC) | | None | J | T | | | | | |
| 8 | Procter & Gamble Co (PG) | D | Div | N | T | | | | | |
| 9 | J M Smucker Company New (SJM) | A | Div | J | T | | | | | |
| 10 | U.S. Bancorp Delaware New (USB) | C | Div | L | T | | | | | |
| 11 | Union Pacific Corp (UNP) | B | Div | M | T | | | | | |
| 12 | United States Steel Corp (X) | A | Div | K | T | | | | | |
| 13 | Eaton Vance Balanced Fund (EVIFX) | A | Div | J | T | | | | | |
| 14 | Gateway Fund (GATEX) | B | Div | M | T | | | | | |
| 15 | Victory Ohio Muni Bond Fund (SOHTX) | C | Div | M | T | | | | | |
| 16 | Ohio State Water Development Unrefunded 6% due 12/1/08; ▇▇▇ | A | Int | J | T | Complete Sale | 06/01/07 | J | A | |
| 17 | Ohio State Higher Education Fac 3.4% due 7/1/37; ▇▇▇ | B | Int | K | T | Complete Sale | 07/01/07 | K | A | |
| 18 | RMA Tax Free Fund Inc (FKA Gradison Ohio Municipal Cash Trust) | D | Div | N | T | | | | | |
| 19 | **Brokerage Account # 2 - Trust** | F | Div & Int | P1 | T | | | | | |
| 20 | - Victory Ohio Municipal Money Market Fund (FKA Gradison Ohio Municipal Cash T...) | | | | | | | | | |
| 21 | - Automatic Data Processing (ADP) | | | | | | | | | |
| 22 | Broadridge Financial Solutions Inc (BR) (Spinoff of ADP) | | | | | Complete Sale | 04/26/07 | J | C | |

| | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Person Reporting: S. Arthur Spiegel | | | | | | | | Date of Report | |
| | | (1) Amt Code (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 23 | - Exxon Mobil Corp (XOM) | | | | | Partial Sale | 01/03/07 | K | E | |
| 24 | - JP Morgan Chase & Company (JPM) | | | | | | | | | |
| 25 | - Pepsico Inc (PEP) | | | | | | | | | |
| 26 | - Pfizer Inc (PFE)) | | | | | | | | | |
| 27 | - Pitney Bowes Inc (PBI) | | | | | | | | | |
| 28 | - Procter & Gamble Co (PG) | | | | | | | | | |
| 29 | - EW Scripps Co (SSP) | | | | | Complete Sale | 01/03/07 | J | A | |
| 30 | - 3M Co (MMM) | | | | | | | | | |
| 31 | - U.S. Bancorp (USB) | | | | | | | | | |
| 32 | - Berea Ohio 3.75% due 12/1/11 | | | | | | | | | |
| 33 | - Butler County, Ohio 4.95% due 12/1/10 | | | | | | | | | |
| 34 | - Cuyahoga County, Ohio 4.75% due 12/1/09 | | | | | | | | | |
| 35 | - Eastern OH Regional Wastewater 4.25% due 12/1/10 | | | | | | | | | |
| 36 | - Kings Local School District, OH 5.20% due 12/1/08 | | | | | | | | | |
| 37 | - Nordinia Hills, OH School District 4.7% due 12/1/09 | | | | | | | | | |
| 38 | - Findlay Ohio 3% due 7/1/08 | | | | | | | | | |
| 39 | - Muskingum County Ohio Hospital 5.35% due 12/1/07 | | | | | Complete Sale | 12/03/07 | K | A | |
| 40 | **Brokerage Account # 3 – Trust** | D | Div | M | T | | | | | |
| 41 | - Templeton Foreign Fund (TEFTX) | | | | | Partial Sale Partial Sale Partial Sale Partial Sale | 03/08/07 06/04/07 09/05/07 12/06/07 | J J J J | A A A A | |
| 42 | - Victory Established Value Fund (GETGX) | | | | | Partial Sale | 06/04/07 | J | A | |
| 43 | - Victory Small Company Opportunity Fund (GOGFX) | | | | | Partial Sale Partial Sale | 03/08/07 06/04/07 | J J | A A | |
| 44 | - Victory Diversified Stock Fund (GRINX) | | | | | Partial Sale Partial Sale Partial Sale | 03/08/07 06/04/07 09/05/07 | J J J | A A A | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. A | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. A | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544